UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISON P. NODINE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LAMISHA ELLIS, et al.,<br><br>　　　　Defendants. | No. 2:25-cv-1191 CSK P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se. On September 22, 2025, plaintiff was granted an opportunity to proceed with his Eighth Amendment claims against defendants Ellis, Mendez and Joseph, or he could elect to file an amended complaint and delay service of process. (ECF No. 5.) On October 27, 2025, plaintiff filed the notice of election and elected to file an amended complaint, but did not provide his proposed amended complaint. (ECF No. 7.) In an abundance of caution, plaintiff is granted an additional 21 days to file an amended complaint. Failure to comply with this order will result in this action proceeding on the Eighth Amendment claims and recommending that the remaining claims be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted 21 days from the date of this order in which to file am amended complaint.

///

1

2. Failure to comply with this order will result in this action proceeding on the Eighth Amendment claims and recommending that the remaining claims be dismissed.

Dated: October 31, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/nod1191.36