1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAMISON P. NODINE,                           No.  2:25-cv-1191 CSK P

12                  Plaintiff,

13         v.                                      ORDER

14   LAMISHA ELLIS, et al.,

15                  Defendants.

16

17         Plaintiff is a state prisoner proceeding pro se.  On September 22, 2025, plaintiff was

18   granted an opportunity to proceed with his Eighth Amendment claims against defendants Ellis,

19   Mendez and Joseph, or he could elect to file an amended complaint and delay service of process.

20   (ECF No. 5.)  On October 27, 2025, plaintiff filed the notice of election and elected to file an

21   amended complaint, but did not provide his proposed amended complaint.  (ECF No. 7.)  On

22   October 31, 2025, plaintiff was granted an additional 21 days to file an amended complaint.

23   (ECF No. 8.)  On November 17, 2025, plaintiff filed a motion for extension of time to file an

24   amended complaint.  (ECF No. 9.)

25         Good cause appearing, plaintiff's motion is granted.  Plaintiff is cautioned that the Court

26   is not inclined to grant him additional extensions of time.  Failure to comply with this order will

27   result in this action proceeding on the Eighth Amendment claims and recommending that the

28   remaining claims be dismissed.

1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1.   Plaintiff's motion for extension of time (ECF No. 9) is granted.

3       2.   Plaintiff shall file an amended complaint on or before December 22, 2025.

4       3.   Failure to comply with this order will result in this action proceeding on the Eighth

5          Amendment claims and recommending that the remaining claims be dismissed.

6

7 Dated:  November 26, 2025

8                                                _____

                                              CHI SOO KIM

9                                               UNITED STATES MAGISTRATE JUDGE

10 /1/nod1191.eot2

2